## Hubbard Oven Company *v.* Gontowski, Appellant.

Argued September 16, 1959. Before RHODES, P. J., GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ. (HIRT, J., absent).

*Max D. Palitz,* for appellant.

*Maxwell L. Davis,* with him *Herman S. Davis,* and *Davis and Davis,* for appellee.

OPINION PER CURIAM, November 11, 1959:
The six judges who heard the argument of this case being equally divided in opinion, the judgment is affirmed.